RECEIVED

STATE OF LOUISIANA *** PARISH OF OUACHITA

2013 MAY 22 DISTRICT COURT

LUV N' CARE, LTD.

OUACHITA PARISH
CLERK OF COURT   FILED: May 22, 2013

VS. NO. 10-1891

JACKEL INTERNATIONAL LIMITED

DEPUTY CLERK OF COURT

### JUDGMENT

Considering the Jury's Verdict rendered February 7, 2013:

IT IS ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff Luv n' care, Ltd. ("LNC") and against Defendant Jackel International Limited ("Jackel") on LNC's claim that Jackel breached the 2003 or 2008 Distribution Agreements with respect to Jackel's (1) soft spout cups; (2) flip-top cup; and (3) straw cup. A photograph of each Jackel cup that was at issue in the case and actually litigated is depicted in Exhibit A attached hereto (the "Litigated Products"), and this Judgment includes different color combinations of these cups.

IT IS FURTHER ORDERED that Judgment be entered in favor of LNC and against Jackel on Jackel's claim for declaratory judgment that the 2003 and 2008 Distribution Agreements are void as against public policy.

IT IS FURTHER ORDERED that Judgment be entered in favor of LNC and against Jackel, Product Marketing Mayborn Ltd., and Mayborn USA, Inc. on LNC's claim for violation of the Louisiana Unfair Trade Practices and Consumer Protection Law ("LUTPA").

IT IS FURTHER ORDERED that there be Judgment in favor of LNC and against Mayborn Group Limited, Product Marketing Mayborn Ltd., Mayborn USA, Inc., Jackel China Limited, and Mayborn ANZ Pty. Ltd. on LNC's claim that the foregoing entities constitute a single business enterprise with Jackel and each of Jackel, Mayborn Group Limited, Product Marketing Mayborn Ltd., Mayborn USA, Inc., Jackel China Limited, and Mayborn ANZ Pty. Ltd. is bound by the terms and provisions of the 2003 and 2008 Distribution Agreements between Jackel and LNC.

IT IS FURTHER ORDERED that Judgment is rendered in favor of LNC and against all Defendants, jointly and severally, in the amount of $754,887.64 for damages through December

CASE ASSIGNED TO:
CV. SECT. 4

Exhibit A

31, 2012, plus prejudgment interest in accordance with La. Rev. Stat. § 13:4202 from May 24, 2010 through the date of this Judgment, for a total amount of $844,160.86.[1]

IT IS FURTHER ORDERED that Judgment be entered in favor of LNC and against all Defendants, jointly and severally, for reasonable attorneys' fees incurred in connection with LNC's LUTPA claim in the amount of $500,000.00.

IT IS FURTHER ORDERED that Judgment be entered in favor of LNC and against all Defendants, jointly and severally, for reasonable costs incurred in connection with LNC's claims in the amount of $100,212.18, in addition to all costs assessed by the Clerk of Court.

IT IS FURTHER ORDERED that Judgment be entered against Jackel and in favor of LNC on Jackel's LUTPA claim.

IT IS FURTHER ORDERED that Judgment in the amount of $2,000.00 be entered in favor of Jackel and against LNC on Jackel's Anti-Cybersquatting Consumer Protection Act ("ACPA") claim.

IT IS FURTHER ORDERED that Judgment be entered against Jackel and in favor of LNC on all other reconventional demands asserted by Jackel against LNC and the same are hereby dismissed with prejudice.

THIS DONE AND SIGNED on this the 21 day of May, 2013.

DANIEL J. ELLENDER, JUDGE
4th JUDICIAL DISTRICT COURT

Please Serve:
All Attorneys of Record

RECEIVED
2013 MAY 22 PM 1 03
OUACHITA PARISH
CLERK OF COURT

---

[1] The legal interest from May 24, 2010, through May 21, 2013 amount to $89,273.22.

Exhibit A