

US008695841B2

(12) **United States Patent**

Hakim

(10) **Patent No.:** **US 8,695,841 B2**

(45) **Date of Patent:** *Apr. 15, 2014

(54) **NO-SPILL DRINKING CUP APPARATUS**

(75) Inventor: **Nouri E. Hakim**, Monroe, LA (US)

(73) Assignee: **Luv n' care, Ltd.**, Monroe, LA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/797,061**

(22) Filed: **Jun. 9, 2010**

(65) **Prior Publication Data**

US 2011/0036852 A1 Feb. 17, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 11/825,793, filed on Jul. 9, 2007, now Pat. No. 7,789,264, which is a continuation of application No. 10/083,656, filed on Feb. 25, 2002, now Pat. No. 7,243,814, which is a continuation of application No. 09/271,779, filed on Mar. 18, 1999, now Pat. No. 6,357,620, which is a continuation-in-part of application No. 09/138,588, filed on Aug. 21, 1998, now Pat. No. 6,321,931, application No. 12/797,061, which is a continuation-in-part of application No. 11/787,672, filed on Apr. 17, 2007, now Pat. No. 7,789,263, which is a continuation of application No. 10/001,257, filed on Nov. 27, 2001, now Pat. No. 7,204,386, which is a continuation of application No. 09/138,588, filed on Aug. 21, 1998, now Pat. No. 6,321,931.

(60) Provisional application No. 60/056,218, filed on Aug. 21, 1997.

(51) **Int. Cl.**
*A47G 19/22* (2006.01)
*B65D 51/16* (2006.01)

(52) **U.S. Cl.**
USPC ........................ **220/714**; 220/203.19; 215/309

(58) **Field of Classification Search**
USPC ............... 220/713, 714, 717, 203.18, 230.19; 215/11.4, 11.5, 309, 387; 137/843–845
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,560,689 | A | 11/1925 | Holt et al. |
| 1,954,748 | A | 4/1934 | Punta et al. |
| 2,107,442 | A | 2/1938 | Hughes |
| 2,174,361 | A | 9/1939 | Condon |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 254125 | 7/1963 |
| CN | 2163761 | 5/1994 |

(Continued)

OTHER PUBLICATIONS

Translation of IT594286.*

(Continued)

*Primary Examiner* — Anthony Stashick
*Assistant Examiner* — Andrew T. Kirsch
(74) *Attorney, Agent, or Firm* — Goldberg Cohen LLP

(57) **ABSTRACT**

An improved no-spill cup construction and valve assembly which provides an extremely secure seal against accidental liquid flow from the cup spout. An initially blocked opening in a flexible material moves up along a protruding member until the opening is unblocked, so as to allow fluid flow.

**14 Claims, 17 Drawing Sheets**



**US 8,695,841 B2**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,223,179 | A | 11/1940 | Lougheed |
| 2,250,266 | A | 7/1941 | Kaye |
| 2,584,359 | A | 2/1952 | Miles |
| 3,206,079 | A | 9/1965 | Mancusi, Jr. |
| 3,321,114 | A | 5/1967 | Croyle |
| 3,360,169 | A | 12/1967 | Susuki et al. |
| 3,618,825 | A | 11/1971 | Clarke |
| 3,718,140 | A | 2/1973 | Yamauchi |
| 3,840,153 | A | 10/1974 | Devlin |
| 3,860,162 | A | 1/1975 | Schutz |
| 3,915,331 | A | 10/1975 | Chenault |
| 4,102,476 | A | 7/1978 | Loeffler |
| 4,135,513 | A | 1/1979 | Arisland |
| 4,186,842 | A | 2/1980 | Albert |
| 4,226,342 | A | 10/1980 | Laauwe |
| 4,324,097 | A | 4/1982 | Schmitt et al. |
| 4,414,973 | A | 11/1983 | Matheson |
| 4,474,314 | A | 10/1984 | Roggenburg |
| 4,506,809 | A | 3/1985 | Corsette |
| 4,533,062 | A | 8/1985 | Krautkramer |
| 4,545,491 | A  * | 10/1985 | Bisgaard et al. ............. 215/11.5 |
| 4,600,111 | A | 7/1986 | Brown |
| 4,623,069 | A | 11/1986 | White |
| 4,624,286 | A | 11/1986 | Frohn |
| 4,646,781 | A | 3/1987 | McIntyre et al. |
| 4,801,027 | A | 1/1989 | Hunter |
| 4,836,404 | A | 6/1989 | Coy |
| 4,850,496 | A | 7/1989 | Rudell |
| 4,871,077 | A | 10/1989 | Ogden et al. |
| 4,941,598 | A | 7/1990 | Lambelet, Jr. et al. |
| 4,946,062 | A | 8/1990 | Coy |
| 4,993,568 | A | 2/1991 | Morifuji et al. |
| 5,033,647 | A | 7/1991 | Smith et al. |
| 5,050,758 | A | 9/1991 | Freeman et al. |
| 5,079,013 | A | 1/1992 | Belanger |
| 5,101,991 | A | 4/1992 | Morifuji et al. |
| 5,101,992 | A | 4/1992 | Serre |
| 5,186,347 | A | 2/1993 | Freeman et al. |
| 5,213,236 | A | 5/1993 | Brown et al. |
| D339,197 | S | 9/1993 | Ziegler |
| 5,244,105 | A  * | 9/1993 | Serre ........................... 215/11.5 |
| 5,250,266 | A | 10/1993 | Kanner |
| 5,339,995 | A | 8/1994 | Brown et al. |
| RE34,725 | E | 9/1994 | Braden |
| 5,363,983 | A | 11/1994 | Proshan |
| 5,377,877 | A | 1/1995 | Brown et al. |
| 5,388,615 | A | 2/1995 | Edlund et al. |
| 5,392,949 | A | 2/1995 | McKenna |
| 5,409,144 | A | 4/1995 | Brown et al. |
| 5,433,328 | A | 7/1995 | Baron et al. |
| 5,439,143 | A | 8/1995 | Brown et al. |
| 5,472,122 | A | 12/1995 | Appleby |
| 5,542,670 | A | 8/1996 | Morano |
| 5,582,315 | A | 12/1996 | Reid |
| 5,607,073 | A | 3/1997 | Forrer |
| 5,609,582 | A | 3/1997 | Krutten |
| 5,626,262 | A | 5/1997 | Fitten |
| 5,651,471 | A | 7/1997 | Green |
| 5,676,289 | A | 10/1997 | Gross |
| 5,702,025 | A | 12/1997 | Di Gregorio |
| 5,706,973 | A | 1/1998 | Robbins, III |
| 5,769,285 | A | 6/1998 | Upham et al. |
| 5,784,999 | A | 7/1998 | Larson et al. |
| 5,788,097 | A | 8/1998 | McInnes |
| 5,791,510 | A | 8/1998 | Paczonay |
| 5,797,505 | A | 8/1998 | Kaura |
| 5,839,614 | A | 11/1998 | Brown |
| 5,890,619 | A | 4/1999 | Belanger |
| 5,890,620 | A | 4/1999 | Belcastro |
| 5,890,621 | A | 4/1999 | Bachman |
| 5,897,013 | A | 4/1999 | Manganiello |
| 6,050,445 | A | 4/2000 | Manganiello |
| 6,089,418 | A | 7/2000 | Gaiser |
| 6,112,919 | A | 9/2000 | Ho |
| 6,116,457 | A | 9/2000 | Haberman |

| | | | |
|---|---|---|---|
| 6,161,710 | A | 12/2000 | Dieringer et al. |
| RE37,016 | E | 1/2001 | Morano |
| 6,230,923 | B1 | 5/2001 | Hung |
| 6,269,968 | B1 | 8/2001 | Belcastro |
| 6,305,570 | B1 | 10/2001 | Atkin et al. |
| 6,321,931 | B1 | 11/2001 | Hakim |
| 6,343,704 | B1 | 2/2002 | Prentiss |
| 6,994,225 | B2 | 2/2006 | Hakim |
| 7,204,386 | B2 * | 4/2007 | Hakim ........................ 220/714 |
| 7,243,814 | B2 * | 7/2007 | Hakim ........................ 220/714 |
| 7,789,263 | B2 * | 9/2010 | Hakim ........................ 220/714 |
| 7,789,264 | B2 * | 9/2010 | Hakim ........................ 220/714 |
| 2002/0011583 | A1 | 1/2002 | Getzewich et al. |
| 2002/0063103 | A1 | 5/2002 | Kiernan |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 450685 | 10/1927 |
| DE | 678886 | 7/1939 |
| DE | 1018740 | 10/1957 |
| DE | 6946466 | 2/1970 |
| DE | 2024427 | 12/1971 |
| DE | 2634226 | 2/1978 |
| DE | 27 04 164 | 8/1978 |
| DE | 295 00 819.9 | 3/1995 |
| DE | 195 10 007 | 10/1995 |
| DE | 296 08 342 | 7/1996 |
| DE | 297 06 653 | 7/1997 |
| EP | 0388828 | 9/1990 |
| EP | 0388828 | A1 | 9/1990 |
| EP | 0 473 994 | 3/1992 |
| FR | 695291 | 12/1930 |
| FR | 780094 | 4/1935 |
| FR | 1191181 | 10/1959 |
| FR | 2 305 361 | 10/1976 |
| FR | 2373740 | 7/1978 |
| FR | 2605293 | 4/1988 |
| FR | 2717778 | 9/1995 |
| GB | 379428 | 9/1932 |
| GB | 752796 | 7/1956 |
| GB | 1301755 | 1/1973 |
| GB | 1448427 | 9/1976 |
| GB | 1 593 084 | 7/1981 |
| GB | 2 169 210 | 7/1986 |
| GB | 2 215 318 | 9/1989 |
| GB | 2258860 | A | 2/1993 |
| GB | 2 266 045 | 10/1993 |
| GB | 2 279 130 | 12/1994 |
| GB | 2304545 | A | 3/1997 |
| IT | 594286 | 5/1959 |
| IT | 594286 | A  * | 5/1959 |
| NL | 1 005 120 | 7/1998 |
| WO | 9429187 | 12/1994 |
| WO | 95/10965 | 4/1995 |
| WO | 98/17157 | 4/1998 |
| WO | 99/38423 | 8/1999 |

OTHER PUBLICATIONS

Metzstein, A Mugs Game, The Independent, Jun. 30, 1996, United Kingdom.
Federal Circuit Decision of Feb. 23, 2007 in appeal of *Nouri E. Hakim v. Cannon Avent Group, PLC, et al.* (Appeal No. 05-1398).
Magistrate's Report and Recommendation of Feb. 2, 2005 re U.S. Patent No. 6,321,931, (U.S. District Court, W.D. Louisiana, Civ. 3-02-1371).
International Search Report from PCT/US98/17379.
International Search Report from PCT/US99/19238.
EPO Search from EP98943302.
EPO Search from EP 06 00 9518.
EPO Search from EP 07 01 5953.
EPO Search from EP 99 94 3860.
Decision of European Patent Office in Opposition to Patent Application No. EP 99 943 860.9.
*Luv n' care, Ltd. v. Koninklijke Philips Electronics N.V., et al.*, 2:11-cv-00512-JRG-RSP(E.D. Tex.): Feb. 19, 2013 Plaintiff Luv n' care's Opening Claim Construction Brief as to Construction of Luv n' care's Patents-In-Suit, and Exhibits 6-27 thereto.

**Exhibit D**

**US 8,695,841 B2**

Page 3

(56)         **References Cited**

OTHER PUBLICATIONS

*Luv n' care, Ltd.* v. *Koninklijke Philips Electronics N.V., et al.*, 2:11-cv-00512-JRG-RSP (E.D. Tex.): Mar. 4, 2013 Defendants' Responsive Claim Construction Brief Relating to LNC's Asserted Patents, and Exhibits 1-11 thereto.

*Luv n' care, Ltd.* v. *Koninklijke Philips Electronics N.V., et al.*, 2:11-cv-00512-JRG-RSP (E.D. Tex.): Mar. 11, 2013 Plaintiff Luv n' care's Reply Brief as to Construction of Luv n' care's Patents-In-Suit, and Exhibits 2-3 thereto.

*Luv n' care, Ltd.* v. *Koninklijke Philips Electronics N.V., et al.*, 2:11-cv-00512-JRG-RSP (E.D. Tex.): Mar. 15, 2013 Joint Claim Construction Chart.

*Luv n' care, Ltd.* v. *Koninklijke Philips Electronics N.V., et al.*, 2:11-cv-00512-JRG-RSP (E.D. Tex.): Official Transcript from Mar. 21, 2013 Markman Hearing.

*Luv n' care, Ltd.* v. *Koninklijke Philips Electronics N.V., et al.*, 2:11-cv-00512-JRG-RSP (E.D. Tex.): Mar. 25, 2013 Plaintiff Luv n' care's Notice of Additional Evidence as to Construction of Luv n' care's Patents-In-Suit, and Exhibits 1-9 thereto.

*Luv n' care, Ltd.* v. *Koninklijke Philips Electronics N.V., et al.*, 2:11-cv-00512-JRG-RSP (E.D. Tex.): Jul. 9, 2013 Claim Construction Memorandum and Order.

*Hakim* v. *Cannon Avent Group*, PLC, 479 F. 3d 1313 (Fed Cir. 2007).

Magistrate's Report and Recommendation of Feb. 2, 2005 re U.S. Patent No. 6,357,620, (U.S. District Court, W.D. Louisiana, Civ. 3-02-1371).

Nov. 6, 1998 International Search Report from PCT/US98/17379.

Dec. 1, 1999 International Search Report from PCT/US99/19238.

Nov. 27, 2000 EPO Search from EP98943302.

Sep. 12, 2008 EPO Search from EP 06 00 9518.

Dec. 11, 2007 EPO Search from EP 07 01 5953.

Oct. 8, 2002 EPO Search from EP 99 94 3860.

Oct. 11, 2009 Decision of European Patent Office in Opposition to Patent Application No. EP 99 943 860.9.

* cited by examiner



FIG. 1(A)

FIG. 1(B)

FIGURE   1

**Exhibit D**





FIGURE 3

Exhibit D



VALVE

VALVE HOLDER

VALVE

FIGURE 4

81

81

Exhibit D



FIG. 5(B)

FIGURE 5



FIG. 5(A)

**Exhibit D**



Exhibit D



FIGURE 7

Exhibit D

U.S. Patent

Apr. 15, 2014

Sheet 8 of 17

US 8,695,841 B2

Exhibit D



FIG. 8(A)

FIG. 8(E)

AIR OR FLUID FLOW

AIR OR FLUID FLOW

FIG. 8(B)

FIG. 8(C)

FIG. 8(D)

FIGURE 8

U.S. Patent

Apr. 15, 2014

Sheet 9 of 17

US 8,695,841 B2



FIG. 9(A)

FIG. 9(E)

SECTION VIEW

AIR FLOW

FLUID FLOW

FIG. 9(B)

FIG. 9(C)

SECTION VIEW

FIG. 9(D)

FIGURE  9

Exhibit D



FIGURE 10

Exhibit D



FIG. 11(A)

FIG. 11(B)

FIG. 11(C)

FIGURE 11

Exhibit D



LIP

FIG. 12(A)

FIGURE 12



FIG. 12(B)



FIG. 12(C)

Exhibit D



FIGURE 13

130

Exhibit D



FIGURE 14

FIG. 15(b)

SEE DETAIL B

104

101

116

114

SECTION A-A

126

108

126

SEE DETAIL A

104   108   101

FIG. 15(e)

126   7.0°

DETAIL A
FAST FLOW VALVE

FIG. 15(a)

A

A

114

116

FIG. 15(d)

FIG. 15(c)

120

FIGURE 15

9.0°

FIG. 15(f)

126

DETAIL B
SLOW FLOW VALVE

Exhibit D





FIG. 17(d)

118

DETAIL A
SCALE 8.000

126

SEE DETAIL A

SECTION A-A

FIG. 17(b)

118

126

A

A

FIG. 17(a)

118

126

FIG. 17(c)

FIGURE 17

Exhibit D

US 8,695,841 B2

1

# NO-SPILL DRINKING CUP APPARATUS

## RELATED APPLICATIONS

The present application is a continuation of U.S. Nonprovisional application Ser. No. 11/825,793 filed Jul. 9, 2007 (now U.S. Pat. No. 7,789,264), which is a continuation of U.S. Nonprovisional application Ser. No. 10/083,656 filed Feb. 25, 2002 (patented, U.S. Pat. No. 7,243,814), which is a continuation of U.S. Nonprovisional application Ser. No. 09/271,779 filed Mar. 18, 1999 (patented, U.S. Pat. No. 6,357, 620), which is a continuation-in-part of U.S. Nonprovisional application Ser. No. 09/138,588 filed Aug. 21, 1998 (patented, U.S. Pat. No. 6,321,931), which claims the priority of U.S. Provisional Application Ser. No. 60/056,218 filed Aug. 21, 1997.

The present application is also a continuation-in-part of U.S. Nonprovisional application Ser. No. 11/787,672 filed Apr. 17, 2007 (now U.S. Pat. No. 7,789,263), which is a continuation of U.S. Nonprovisional application Ser. No. 10/001,257 filed Nov. 27, 2001 (patented, U.S. Pat. No. 7,204,386), which is a continuation of U.S. Nonprovisional application Ser. No. 09/138,588 filed Aug. 21, 1998 (patented, U.S. Pat. No. 6,321,931), which claims the priority of U.S. Provisional Application Ser. No. 60/056,218 filed Aug. 21, 1997.

The priority of all of those prior applications is claimed, and all of those applications are fully incorporated herein by reference.

## FIELD OF INVENTION

The present invention relates to a no-spill cup assembly with an improved valve mechanism to prevent liquid from flowing out of the cup when not desired.

## BACKGROUND OF THE INVENTION

No-spill cup assemblies are well known in the art. In the past, a variety of such assemblies have been developed and marketed. In general, the goal of a no-spill cup is to provide a construction which minimizes or prevents liquid from emerging out of the cup when liquid flow is not desired, i.e. when the user is not drinking However, though the assemblies of the prior art are intended to avoid such accidents, their construction is such that they generally do not provide a secure enough protection against undesirable spilling or leakage. Thus, when such cups are inverted, or more significantly, when they are shaken vigorously, liquid will often emerge from them. This can be a particular problem with young children, for whom these cups are usually intended. Accordingly, there is a need in the art for an improved cup assembly for preventing undesired spilling of liquids.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide an improved no-spill cup assembly.

It is a further object of the present invention to provide a cup assembly which prevents liquid from flowing out of the cup when the user is not drinking

It is a further object of the invention to provide a cup assembly which minimizes and/or eliminates accidental or undesirable liquid flow or spillage out of the cup.

It is a further object of the invention to provide a cup assembly which provides the ability to regulate the flow rate of liquid out of the cup.

2

It is a further object of the invention to provide a cup assembly which can be used by young children, to avoid accidental spilling of liquid therefrom.

Further objects of the invention will become apparent in conjunction with the disclosure herein.

In accordance with the invention, an improved cup construction and valve assembly is provided which provides an extremely secure seal against accidental liquid flow from the cup spout. Further to the invention, a user places his or her mouth against the spout of the cup assembly to suck liquid out of the cup when desired. The act of sucking at the spout of the cup creates negative pressure or a partial vacuum against a valve in the cup spout, causing the valve to begin to invert, or turn inside out, thereby unblocking an opening such as an orifice or slit in the valve. In the preferred embodiment, the application of negative pressure to the top of the valve causes an opening in a portion of the valve to move up off of the base of a protruding member extending through that opening. Once the opening is unblocked, liquid can flow freely through the valve and spout.

In contrast, when not in use, the valve sits in a resting, closed position, with the opening pressed against the center seal-off, thereby sealing off the opening, slit or orifice in the valve assembly. Thus, in its relaxed state, with no negative pressure applied, the valve sits in a closed position with the fluid opening sealed by the center seal-off. In the preferred embodiment, the protruding member extends through the opening in a male to female relationship such that the orifice sits tightly on the protruding member against the protruding member's bottom portion and the center seal-off or sealing member's base.

In one embodiment, a dual valve device is provided having an adjacent valve which similarly seals when no negative pressure is applied, thereby blocking off the air vents in the cover of the cup, and further preventing the possibility of fluid flow.

In each of the embodiments of the invention, the closed valve position provides an extremely secure seal against fluid leakage, such that inadvertent spills or even deliberate attempts to force liquid outside of the cup, such as by turning the cup upside down, or shaking the cup, are ineffective.

In a further embodiment of the invention, the cup assembly allows liquid flow to be regulated between regular or maximum flow and minimal flow levels or rates by rotating the position of a valve assembly in the cap or cover of the cup. The valve holder is constructed as a two subunit assembly, with one subassembly holding a valve with a larger slit or orifice for fluid flow than the valve in the second subunit. Thus, upon rotation of the valve holder, either a low-flow valve or a higher flow valve can be positioned in the hole leading to the spout. In this manner, a dual valve cup assembly is provided allowing either regular flow or minimal liquid flow conditions.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1(a) is an exploded front view of a no-spill cup assembly in accordance with the present invention. FIG. 1(b) is an exploded perspective view of the no-spill cup assembly of FIG. 1(a).

FIG. 2(a) is an exploded front view of a second embodiment of a no-spill cup assembly in accordance with the present invention. FIG. 2(b) is an exploded perspective view of the no-spill cup assembly of FIG. 2(a).

FIG. 3 is a perspective view of the valve assembly of the present invention.

**Exhibit D**

US 8,695,841 B2

3

FIG. **4** is an exploded, perspective view of another embodiment of the valve assembly of the no-spill cup, in accordance with the present invention.

FIG. **5**(*a*) is an exploded front view of the cup assembly of the present invention, showing the rotation of the valve holder or assembly, into two alternate positions for placement in the cap or cover of the cup. FIG. **5**(*b*) is an exploded perspective view, showing the placement of the valve holder into the cap, in either of the two positions illustrated in FIG. **5**(*a*).

FIG. **6**(*a*)-(*e*) are a series of additional views of the valve holder or assembly of FIG. **3**. FIG. **6**(*a*) is a top view of the valve holder. FIG. **6**(*b*) is a front view of the valve holder. FIG. **6**(*c*) is a side view of the valve holder. FIG. **6**(*d*) is a cross-sectional view of the valve holder wherein the valve is in a relaxed state, sealing off fluid flow. FIG. **6**(*e*) is a cross-sectional view of the valve holder, showing the valve in an inverted state, to allow fluid flow through the valve.

FIG. **7** is an exploded, perspective view of another embodiment of the valve assembly of the no-spill cup, in accordance with the present invention.

FIG. **8**(*a*)-(*e*) are a series of additional views of a further embodiment of the valve assembly shown in FIG. **6**. FIG. **8**(*a*) is a top view of the valve holder or assembly. FIG. **8**(*b*) is a front view of the valve holder. FIG. **8**(*c*) is a side view of the valve holder. FIG. **8**(*d*) is a cross-sectional view of the valve holder wherein the valve is in a relaxed state, sealing off fluid flow. FIG. **8**(*e*) is a cross-sectional view of the valve holder, showing the valve in an inverted state, to allow fluid flow through the valve.

FIG. **9**(*a*)-(*e*) are a series of additional views of another embodiment of the valve assembly shown in FIG. **8**. FIG. **9**(*a*) is a top view of the valve holder or assembly. FIG. **9**(*b*) is a front view of the valve holder. FIG. **9**(*c*) is a side view of the valve holder. FIG. **9**(*d*) is a cross-sectional view of the valve holder wherein the valve is in a relaxed state, sealing off fluid flow.

FIG. **9**(*e*) is a cross-sectional view of the valve holder, showing the valve in an inverted state, to allow fluid flow through the valve.

FIG. **10** is a side view of a no-spill cup with a soft gripping area, in accordance with the present invention.

FIG. **11**(*a*)-(*c*) are a series of additional views of another embodiment of the cap of the present invention. FIG. **11**(*a*) is a partial sectional view of a cap with an insert molded or glued in gasket, in accordance with the invention. FIG. **11**(*b*) is a side sectional view of the cap of FIG. **11**(*a*). FIG. **11**(*c*) is a top sectional view of the cap of FIG. **11**(*b*).

FIG. **12**(*a*)-(*c*) are a series of additional views of another embodiment of the cap of the present invention. FIG. **12**(*a*) is a partial sectional view of a cap with a molded lip which wedges against into the inside surface of the cup, in accordance with the invention. FIG. **12**(*b*) is a side sectional view of the cap of FIG. **12**(*a*). FIG. **12**(*c*) is a top sectional view of the cap of FIG. **12**(*b*).

FIG. **13** is a side sectional view of a cap having a soft spout, in accordance with a further embodiment of the invention.

FIG. **14** is a side sectional view of a cap having a reduced volume spout, in accordance with a further embodiment of the invention.

FIGS. **15**(*a*)-(*f*) are a series of additional views of a preferred embodiment of the present invention in which the center stop has been modified, and the opening in the valve is an approximately circular orifice or hole.

FIG. **15**(*a*) is a top view of the valve holder, holding the modified valve, in accordance with the invention.

FIG. **15**(*b*) is a cross sectional view of the valve holder of FIG. **15**(*a*) showing the modified valves therein, including a

4

modified center stop having a protruding member. The valve includes an approximately circular opening in the valve that is blocked by the protruding member, which extends therethrough.

FIG. **15**(*c*) is a side view of the valve holder of FIG. **15**(*a*).

FIG. **15**(*d*) is an end view of the valve holder of FIG. **15**(*a*).

FIG. **15**(*e*) is a cross sectional view of the valve within the valve holder of FIG. **15**(*a*), showing the fast flow valve, in accordance with the embodiment of the invention in which the center stop has been modified to include a protruding member extending therefrom.

FIG. **15**(*f*) is a cross sectional view of the valve within the valve holder of FIG. **15**(*a*), showing the slow flow valve, in accordance with the embodiment of the invention in which the center stop has been modified to include a protruding member extending therefrom.

FIGS. **16**(*a*)-(*d*) are a series of views of one of the valve holder subunits of the valve holder shown in FIGS. **15**(*a*)-(*f*). FIG. **16**(*a*) is a top view of the valve holder subunit, for attachment to a cap of a no spill cup. FIG. **16**(*b*) is a cross sectional view of the valve holder subunit of FIG. **16**(*a*). FIG. **16**(*c*) is a side view of the valve holder subunit shown in FIG. **16**(*a*). FIG. **16**(*d*) is a perspective view of the valve holder subunit.

FIGS. **17**(*a*)-(*d*) are a series of views of the valve, in accordance with the preferred embodiment of the invention shown in FIGS. **15**(*a*)-(*f*), and FIGS. **16**(*a*)-(*d*). FIG. **17**(*a*) is a top view of the valve, for placement within a valve holder subunit, as shown in FIGS. **16**(*a*)-(*d*) and/or placement in a valve holder, as shown in FIGS. **15**(*a*)-(*f*). FIG. **17**(*b*) is a cross sectional view of the valve of FIG. **17**(*a*). FIG. **17**(*c*) is a side view of the valve shown in FIG. **17**(*a*). FIG. **17**(*d*) is an exploded view of a portion of the valve shown in FIG. **17**(*b*).

## DETAILED DESCRIPTION OF THE INVENTION AND THE PREFERRED EMBODIMENTS

As will be shown in conjunction with the attached drawings, a novel cup assembly is disclosed for providing prevention against accidental liquid spills. FIGS. **1**(*a*) and **1**(*b*) are a front view and a perspective view, respectively, of an embodiment of the cup assembly, in accordance with the present invention. The volume of the cup or liquid holding portion of the assembly can be adjusted as desired. In one embodiment, a 7 oz. drinking cup, as provided, as shown in FIG. **1**. Alternatively, a 9 oz. drinking cup, as shown in FIG. **2**, a 6½ oz. cup, or any other desired size can be provided, as well.

The sides of the cup can be provided with no handles, one handle, two handles or any other number of handles, for the user's use to grip the cup. The cup and handle is preferably sized for a child's hands. In addition, the outside appearance of the cup and/or the cap can be a solid color, or can be printed with any desired design.

In a further embodiment of the invention, a no spill cup with a soft gripping area can be provided, as shown in FIG. **10**. In accordance with this embodiment, a soft ring **102** is provided around the outside of the cup. This ring can be of any width desired, and serves as a finger grip, to make it easier to grasp the cup securely. Preferably, the ring is approximately two inches (2″) wide. In a preferred embodiment, the soft ring **102** has shapes or designs **106** cut out of it, such as stars, ovals, or so forth. The hard cup, in turn, has raised areas or protuberances corresponding to those shapes or designs. The soft ring fits snugly over these raised areas of the cup, each of the protruding hard shapes fitting into the cutouts of the soft ring, with the surface of the raised areas and the soft ring being flush when the ring is inserted onto the cup.

**Exhibit D**

US 8,695,841 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

In one embodiment of the invention, the cup is constructed from polycarbonate. In an alternate embodiment, the cup is constructed from polypropylene. If desired, clear polypropylene can be utilized. Alternatively, any other suitable materials can be used for the components of the no-spill cup. The components of the cup are all made of durable materials, resistant to breakage, dishwasher safe, and preferably color fast.

In accordance with the invention, cup 7 includes a no-spill cap or cover 11, a valve holder or assembly 31 and tumbler cup 22. No-spill cup 11 includes a spout 14 for drinking liquid from the cup. The spout is sized to allow an individual to place his or her mouth over the spout to drink therefrom. In the preferred embodiment, the spout is sized for the mouth of a child, particularly for a child of a young age.

No-spill cap 11 forms a cover for placement over tumbler cup 22. When attached to the cup 22, a secure seal is formed such that no liquid can emerge through the connection between the cap 11 and cup 22. In use, cap 11 is sufficiently secured to cup 22 such that shaking the cup assembly, dropping the cup on the floor, or other vigorous movement of the cup assembly, or application of sharp force thereto, is insufficient to separate the cap from the cup.

In one embodiment, no-spill cap 11 and tumbler cup 22 include mating male and female screw threads, such that the cap 11 is a screw-on cap which can be easily rotated onto the tumbler cup 22, as shown in FIG. 2. In an alternative embodiment, a snap-on cap is used, as shown in FIG. 1. In this embodiment, a resilient ring portion of cap 11 securely fits over lip 10 of tumbler cup 22, as is well known in the art. Although a screw-on cap or a snap-on cap are shown as two preferred embodiments, alternatively, any other suitable mechanism to secure the cap to the tumbler cup can be utilized.

Either the screw-on cap and/or the snap-on cap can be further provided with a gasket 110 between the tumbler cup and the cap, to further seal the connection between the cup and the cap. This gasket can be part of the tumbler cup 22 or the cap 11, or can be a separate element inserted between the cap and the cup. In a preferred embodiment, the gasket 110 is part of cap 11, as shown in FIGS. 11(a)-(c).

Alternatively, the cap can be provided with a small annular inner lip, on the inside of the cap, which acts as a gasket. This lip, as shown in FIGS. 12(a)-(c), wedges inside the cup when the cap is screwed or placed upon it. The lip acts to further prevent the possibility of liquid flow through the contact between the cup and the cap.

In a preferred embodiment, finger grips 12 are provided on the outside of the cap, such as grooves or the like. These grips facilitate removal and application of the cap, particularly in embodiments requiring the screwing of the cap on and off of the cup.

The cap is also preferably interchangeable with numerous tumbler cups of different sizes. In this embodiment, the rim of the tumbler cups are all of the same diameter, although the tumbler cups themselves are of different volumes. For example, the same sized cap could be used on a 6½ oz. cup and/or a 7 oz. cup and/or a 9 oz. cup, and so forth.

In a further embodiment of the cap, the cap has a soft spout 130 as shown in FIG. 13. Preferably, the spout is made of a thermo-elastimer. Spout 130 can be insert molded to a polypropylene cap, providing a combination cap having a hard section for attachment to the cup, and a soft spout portion. Preferably, the spout has a small channel extending therethrough to reduce the liquid volume which can be trapped within the spout portion.

In a further embodiment of the cap, the cap has a reduced volume spout as shown in FIG. 14. Reduced volume spout 140 is designed to reduce the volume of liquid which can be trapped within the spout. Reduced volume spout 140 has a volume reduction member 144 inserted therein to reduce the internal volume of the spout, and to provide a channel 148 for liquid flow. Preferably, valve assembly subunit 142 extends up into spout 140 to further reduce the amount of liquid which can be trapped in spout 140. Valve assembly subunit 142 can, for example, extend into volume reduction member 144. Accordingly, this embodiment reduces the space between the valve and the opening of the drinking spout, to reduce the amount of liquid potentially trapped in this area.

As shown in FIG. 1(b), no-spill cap 11 includes valve assembly carriers 16 and 18. In the preferred embodiment, valve assembly carriers 16 and 18 are tapered holes provided on the underside of the cap. Valve assembly carrier or tapered hole 18 leads to an open spout 14, providing a path for liquid flow. Thus, valve assembly carrier or hole 18 is fully open on both sides, both on its top surface, which leads to spout 14, and on its bottom surface opposite tumbler cup 32, for the flow of liquid out of tumbler cup 22 through hole 18 and through spout 14 into the user's mouth.

Valve assembly carrier or tapered hole 16, in contrast, provides a passage for the flow of air into the cup during use, allowing liquid to exit through opposing hole 18 and spout 14. Hole 16 is open on one side, i.e. on its lower surface opposite tumbler cup 22. On the opposing side, hole 16 merges into the inner surface of cap 11. The inner surface of cap 11 is further provided with one or more, preferably small, vents or holes for air flow, allowing air to flow through the vents of cap 11 and through hole 16 into the cup assembly during use.

As shown in FIGS. 1 and 2, no-spill cup 7 further includes valve holder or assembly 31. Valve holder 31 is preferably constructed from a high temperature ABS material, and is dimensioned to fit snugly into cap 11. In the preferred embodiment, valve holder is a separate assembly which fits into cap 11. Alternatively, the valve holder can be provided as an integral part of cap 11 and/or cup 7. For example, valve holder 31 can be molded as a part of cap 11, such that the valve holder is inseparable from the cap.

In the preferred embodiment, valve holder 31 is a two-subunit assembly connected by bridge 34. Each subunit of the two-subunit assembly is sized to frictionally fit into and be held by either one of tapered holes 16 and 18. The spacing between tapered holes 16 and 18 is the same as between the subunits of valve holder 31, such that the valve holder can be easily secured within cap 11. The sizing and tapering of holes 16 and 18 and the sizing of valve holder 31 are dimensioned so as to provide a secure, snug mating between the valve assembly and the tapered holes. In a preferred embodiment, the top of the valve holder (i.e. the side facing the spout) and the bottom of the valve holder (i.e. the side facing the cup) has two different diameters. The top is proportioned to fit snugly into the tapered hole, and the bottom is proportioned such that it cannot be inserted into hole 16 or 18. In this way, a mechanism is provided to prevent the valve holder from being inserted into the holes in the wrong orientation, i.e. upside down.

FIG. 3 is an enlarged, exploded, perspective view of the valve holder of the present invention. Valve holder 31 consists of two valve holder subunits 37 and 39, connected by a bridge 34. Each valve holder subunit is intended to hold a single valve therein. As shown in the figure, valve or valve member 42 is intended for placement in subunit 37, and valve or valve member 45 is intended for placement in subunit 39. Valves 42 and 45 each include a slit or orifice for the passage of liquid.

**Exhibit D**

US 8,695,841 B2

7

The slit or orifice is preferably through the center portion of the valve, and is dimensioned to allow a predetermined flow level or rate of liquid therethrough, as desired.

Valve holder subunits 37 and 39 open into sealing units 37a and 39(a) and valve retainers or endcaps 37b and 39(b), respectively. Taking subunit 37 as an example of the function of each subunit, as shown in FIG. 3, subunit 37 is initially in an open position in which the sealing unit and the valve retainer have been pulled or hinged apart. In one embodiment, the sealing unit and the valve retainer have a tab 60 connecting them, to prevent the components from being permanently separated accidentally. Alternatively, the valve retainer can be welded into place (e.g. by sonic welding), as shown in FIGS. 4 and 7. The sealing units each have at least one open section 58, such that, in the valve assembly's disassembled state, fluid can pass, unobstructed, through the sealing unit since no valve is in place. Likewise, the valve retainers are open on both sides for unobstructed passage of fluid through the valve retainer in the disassembled state when no valve is in place.

To assemble the valve assembly, valve 42 is inserted into the valve holder by placement of the valve between sealing unit 37a and valve retainer 37b. After a valve has been placed into one or both of the subunits, the valve retainers can each be folded or hinged back about tab 60, over the sealing unit 37 (or under sealing unit 39, in the orientation shown in the figure) and snapped into place to close the subunits, as shown in FIG. 5. The resilience of the sealing unit allows for a tight seal to be established between the valve retainer and the sealing unit. When closed, each subunit secures or encapsulates a valve tightly therein, maintaining the valve in place in the valve holder. For clarity, reference is primarily made to subunit 37, although subunits 37 and 39 are preferably the same in all features other than the size of the valve opening. For the purposes of the present discussion, it is assumed that subunit 37 is the subunit intended for initial placement into hole 18.

As shown in FIGS. 5, 6, 8 and 9, upon closing a subunit (e.g. subunit 37 in FIG. 3), valve 42 sits securely against center seal-off stop or center stop 52 in sealing unit 37a, with the opening 70 in valve 42 being flush against center seal-off stop 52. Valve 42 includes a top, proximal side which will face the spout of the cap, and a distal side which rests against the center seal-off stop when the valve is placed in valve holder 31.

Center stop 52 functions as a sealing member or blocking element of the valve assembly which seals off and blocks the flow of fluid through the valve. In one embodiment, center stop 52 consists of a solid substantially flat central area or portion 56 which is impenetrable to the flow of liquid therethrough. In a further, preferred, embodiment, center stop or seal off 101 is provided with a protruding member 108 extending off of the base of the center seal off, as shown in FIG. 15.

Surrounding the central area or portion 56, a peripheral area or region 58 can be provided having open areas such as slots or so forth, for allowing the passage of liquid therethrough, as shown, for example in FIG. 8(a). Central area 56 or center stop 52 can further include stems 74. As shown in FIG. 9, stems 74 can further be reinforced with braces 72, which are reinforcing elements, which provide additional material strength to the connection between the stems and the valve holder.

When in the normal resting position, valve 42 relaxes to sit securely against the center stop 52, as shown in FIG. 8(d). In this resting position, opening or orifice 70 of valve 42 presses firmly against the central area 56 of center stop 52, preventing any fluid flow through the valve, and maintaining the valve in

8

a closed configuration. In an alternate embodiment, the orifice can sit firmly against and upon a protruding member 108, as shown in FIG. 15.

To drink from the cup, a user raises the cup to his or her mouth and begins to suck liquid through spout 14. In the process, the user creates negative pressure or a partial vacuum against the top of valve 42 in subunit 37. In one embodiment, valve 42 is constructed of a flexible material which is designed to fully invert and turn inside out, or to begin to invert and turn inside out, upon creation of a partial vacuum against the top of the valve 42, as shown in FIG. 8(e). For example, valve 42 can be a membrane, either in whole or in part. Preferably, the valve is constructed of Kraton or silicone. If silicone is used, a 45 durometer silicone such as Lims 6045 is preferred, which is available from General Electric or from Wacker (a subsidiary of Bayer) of Germany. The materials used for the valve assembly and its components are sufficiently durable and heat resistant that the entire valve assembly can be placed in a dishwasher or boiled.

FIGS. 7 and 8, for example, show a preferred bowl shape for the flexible material of the valve 42. FIGS. 8(d) and 8(e) show the valve before and after it inverts, with FIG. 8(d) showing the valve assembly not in use, with no negative pressure applied, and with FIG. 8(e) showing the valve assembly in use, with negative pressure applied to the valve. As shown therein, upon application of negative pressure the bottom (distal side) of the bowl and the opening in that bottom move away from the blocking element, toward the top (proximal side) and rim of the bowl, and toward the spout, allowing liquid to exit through the opening. Thus, as shown therein and in FIG. 15, the flexible material can include a concave inner surface in the resting or closed position, wherein the concave inner surface faces the spout. As shown in FIGS. 8(d) and 8(e), when negative pressure is applied to the flexible material, the concave inner surface moves toward the spout, and toward assuming a convex configuration. Likewise, as also shown therein, the flexible material can include a convex outer surface in the resting or closed position, wherein the convex outer surface faces the drinking cup. When negative pressure is applied to the flexible material, the convex outer surface moves toward the spout, and toward assuming a concave configuration. As similarly shown therein, the concave inner surface can move towards becoming an outer surface. Further similarly, the convex outer surface can move towards becoming an inner surface.

In one embodiment, the valve material is constructed of a single material with a greater thickness of material on the center area which seals off on the center stop, and with a thinner portion of material on the sidewalls. Providing a thinner sidewall portion contributes to the flexibility of the valve at its edges, which further assists and encourages inversion of the valve, by causing the valve to flex at the sidewalls first upon application of negative pressure thereto. Preferred dimensions for the valve thickness are approximately 0.4 mm of thickness on the sidewalls and approximately 0.9 mm of thickness on the center area.

In a first embodiment, upon inversion of valve 42, opening or orifice 70 is displaced away from central area 56 of center stop 52. The inversion of the valve therefore unblocks opening 70 allowing fluid flow through the subunit. As negative pressure is being applied to the top of the valve 42 located next to the spout, negative pressure is likewise being applied to the bottom of the adjacent valve in the other subunit, located in the other tapered hole of the cup cover. Thus, this negative pressure, opens the second valve as well, by displacing the opening in the other valve away from its center stop.

**Exhibit D**

US 8,695,841 B2

9

Inversion of valves **42** allows fluid flow to proceed through both subunits of the assembly. Liquid will flow through one subunit of the valve assembly, the subunit connected to the spout, concurrently accompanied by air flow through the other subunit of the assembly, the subunit connected to the air vents. In this manner, liquid smoothly and easily flows though the valve assembly, the spout, and out of the cup.

In a further embodiment, the valve assembly is provided with a flow bridge **84**. Flow bridge **84** blocks movement or expansion of the valve **42** beyond a certain maximum distance to prevent the valve from overextending itself, or from being subjected to excessive strain or distension, as shown in FIG. **8**(e). Thus, the flow bridge prevents the valve from inverting beyond the point where it can no longer easily revert to its original position. In addition, the flow bridge provides a shield or a barrier preventing the valve from damage. Thus, it blocks objects such as a spoon or so forth, whether in a dishwasher or otherwise, from easily damaging the valve.

When negative pressure is released or removed from the spout, the valve reverts back to its resting position, and fluid cannot flow through the closed slit or orifice in the valve. In the resting position, no liquid will spill from or emerge out of the cup.

Further embodiments of the valve holder and assembly are shown in FIGS. **4**, **7-9** and **15-17**. As shown in FIG. **4**, instead of the valve retainer shown in FIG. **3**, a detachable snap fit valve retainer **81** can alternatively be provided. Or, as shown in FIG. **7**, valve retainer **94** can be provided as well. Valve retainers **81** and **94** serve the same function as valve retainers **37**b and **39**(b), holding and securing the valve within the valve assembly. It is preferred that the valve retainer, whichever embodiment is utilized, be sonic welded on, to ensure that the valve cannot be dislodged or removed from the holder.

Thus, in accordance with the invention, a system is provided for maintaining a tight seal against fluid flow when the cup is not in use. An extremely secure seal is provided, such that excessive or vigorous shaking is ineffective to force fluid out of the cup. Significantly, the valve construction disclosed results in a much tighter seal than that observed in the no-spill cup assemblies of the prior art. In accordance with the invention, unless the user sucks through the spout, no liquid will flow through the valve.

In the preferred embodiment, subunits **37** and **39** are preferably identical in all respects excepts for the size of the orifice or slit in valve **42** and the orifice or slit in valve **45**. It is preferred that one valve be provided with a larger opening than the other valve, such as a longer slit or larger orifice in one valve than the other. In one embodiment, one valve is provided with an opening in the form of a slit of approximately two hundred thousandths ($^{200}/_{1000}$) of an inch in length, while the second valve is provided with a slit of approximately fifty thousandths ($^{50}/_{1000}$) of an inch. Alternatively, other lengths or sizes may, of course, be used as well in accordance with the invention.

By varying the size and/or shape of the opening in the valve, the present inventor has further provided a novel dual acting flow system for regulating fluid flow. In this system, the level of flow of liquid out of the cup during use can be easily regulated. Regulation is accomplished by a simple rotation of the valve assembly which converts the cup between a faster or higher liquid flow, and a slower or lower flow system.

As shown in FIG. **5**, valve holder **31** can be inserted into cap **11** in either of two configurations. In a first configuration, valve **45**, having a larger opening or orifice or slit, is placed into hole **18**, the hole in communication with spout **14**. In this configuration, a first, higher, flow level of liquid through the valve is established when the user sucks liquid through the

10

spout, due to the use of the valve having the larger opening therein. By removing the valve holder **31** from holes **16** and **18**, and flipping the valve holder **31** one hundred eighty degrees (180°), the other valve **42**, having the smaller opening, can be inserted into hole **18**. This valve **42** provides a second, lower flow state, in which liquid can still flow out of the spout, but at a lower flow rate than flow through the first valve. In this way, the rate of flow of liquid out of the cup can be regulated by a parent. A two level flow system is disclosed, greater or fewer flow levels can be provided by varying the number of attached subunits having valves therein, or by providing replacement valve holders having different sized openings **70** therein. In all configurations, however, liquid only flows through the valve when the user sucks through the spout, as disclosed above.

Any form of desired opening suitable for passage of a desired level of liquid can be utilized in the valve. The opening **70** can be, for example, a slit, a slot, an orifice (including any form of hole), or so forth. Likewise, by the term opening, it is contemplated that multiple openings of these or any other types can be provided as well.

In one embodiment, the opening **70** is an "X" shaped slot **78**, as shown in FIG. **7**. In another preferred embodiment, the opening is a "T" shaped slot **76**, as also shown in FIG. **7**. Use of the X-shaped slot **78** shown in FIG. **7**, will provide a higher flow rate than the T-shaped slot **76** shown therein. The flow rate, of course, depends on the total length of the slots, or in general, on the size of the opening. Accordingly, both the X-shaped slot and the T-shaped slot can be used in a single valve assembly, each placed in its respective subunit. In this preferred embodiment, a two level flow system is provided, as previously discussed.

In a further embodiment, both openings are X-shaped, with one opening larger than the other. A 7 mm opening (the length from end to end of each crossbar of the "X") can be used for the fast side, and a 6 mm opening for the slow side.

In a preferred embodiment of the invention, the valve includes a valve member **126** and a center stop or seal off with a protruding member. The preferred configurations and dimensions for the valve are shown in FIGS. **15-17**.

As shown in FIG. **17**(a), valve member **126** includes an opening such as orifice or hole **118**, and is preferably a membrane or flexible portion of material. The valve member and, likewise the protruding member, can each be made of a suitable flexible or plastic material, such as silicone, kraton, latex or ABS (Acrylonitrile-Butadiene-Styrene).

Valve member **126** is preferably encapsulated within a valve assembly subunit **114**, **116** or **130**, the valve assembly subunit being shown in FIGS. **15**(a) and **16**. Valve assembly subunit **130** is provided with openings therethrough, for passage of liquid through one side of the subunit, then through the valve, when the valve is in the open position, and then through the other side of the subunit, allowing a user to drink when negative pressure or suction is applied to the valve. The valve subunit or another suitable anti-inversion member or flow bridge placed in proximity to the valve member can further serve to block excessive inversion of the valve member. In accordance with this embodiment, the side of the valve subunit or the anti-inversion member is placed at a sufficiently close distance to the valve member such that upon the application of negative pressure or suction to the valve member, the valve member will hit the side of the subunit before fully inverting.

In the preferred embodiment, center stop or sealing member **101** is provided with a protruding member **108** which extends off of abase **104**, as shown in FIG. **15**(b) and FIGS. **15**(e)-(f). Protruding member **108** is a male sealing or pro-

**Exhibit D**

US 8,695,841 B2

11

truding member, which in the closed valve state extends through orifice **118**. Preferably, a circular or approximately circular orifice is used, although any shaped orifice can be used consistent with the invention.

Further preferably, male sealing or protruding member **108** is a post or pin, such as a frustoconical or conical post, or a finger-like shaped member. Male sealing or protruding member **108** extends off of the base **104** as a protrusion or projection toward the orifice **118**. Preferably, sealing or protruding member **108** is tapered. Specifically, in the preferred embodiment, the protruding member **108** has a greater diameter at its bottom portion (near the base **104** of the center seal-off), than its diameter at the top. In the preferred embodiment, base **104** is subtantially flat.

In accordance with the preferred embodiment of the invention, protruding member **108** is provided opposite female orifice **118**, with the protruding member **108** and the orifice **118** in the center seal off forming a male to female mating relationship. In the relaxed state, with no negative pressure applied, center seal off **101** presses against orifice **118**, with protruding member **108** tightly extending through the orifice and forming a seal against the flow of fluid through the valve. Due to the mating between the sealing member and the orifice, and due to the tapering of the sealing member with the larger diameter provided at the protruding member's base, the orifice sits snugly against the wider diameter bottom portion of protruding member **108** to form a very tight seal against fluid flow. In addition, in the preferred embodiment, the protruding member **108** extends past the orifice **118**, i.e., in the closed valve state, the top of the protruding or sealing member **108** extends both through and past the orifice **118**, to further ensure a tight barrier against fluid flow through the valve and to prevent the orifice from overtravelling and moving off of the protruding member. In accordance with the invention, even if the cup with the valve is shaken vigorously no fluid flows therethrough. In fact, shaking the cup can further wedge the protruding member **108** into the orifice **118**, further tightening the seal between the protruding member and the edges of the orifice.

In this preferred embodiment, when the child or user tilts back the cup to drink therefrom and sucks at the top of the valve, the negative pressure he or she is applying to the top of the valve will open the valve by pulling the valve member containing the opening up and off of the valve and away from the protruding member. Accordingly, with the opening or orifice pulled off of the protruding member, the opening or orifice is unblocked and liquid can flow through the opening into the user's mouth.

In accordance with the preferred embodiment of the invention, a variable flow valve is provided, such that the harder the user sucks on the spout the greater the flow of liquid that comes out through the valve. Since the valve member preferably rests on a tapered protruding member, such as cone or frusto-conical member, the higher the negative pressure on the top of the valve member, i.e. the more the user sucks on the spout, the more the valve member is pulled off of the cone. As the valve member is further pulled off the base of the protruding member **108** and up its height (e.g. up the height of a cone), the opening or orifice in the valve member becomes progressively less blocked by the tapered protruding member **108**, revealing a progressively greater cross-sectional area for fluid to flow therethrough.

Further in accordance with the embodiments shown in FIGS. **15-17**, the application of negative pressure to the top of the valve causes the valve to partially invert, raising the valve off of the protruding member, but preferably not inverting totally. As the valve begins to invert, the orifice is raised off of

12

the protruding member, partially unblocking the orifice, which results in fluid flow therethrough as disclosed above.

In the preferred embodiment, the orifice in valve member **124** is circular and approximately ³⁄₃₂ of an inch in diameter for the slow valve side +/−¹⁄₁₆ of an inch, and is approximately ⅛ of an inch in diameter for the fast flow valve, also +/−¹⁄₁₆ of an inch. Preferably, the protruding member is provided with a diameter of slightly over an ⅛' at its base, and a diameter of approximately ¹⁄₁₆ of an inch at its top on the fast flow valve, and a diameter of over ³⁄₃₂ of an inch at its base and approximately ¹⁄₃₂ of an inch at its top on the slower flow valve. The opening or hole in the valve member **124** is also preferably radiused on the face, as shown in FIGS. **17**(b) and in the detailed, enlarged view of the orifice in FIG. **17**(d), to enable the valve member **124** to more easily move up and down the protruding member, and so that it does not stick on the protruding member during operation. In the preferred embodiment, the radius is 0.0100 inches.

In one embodiment, the valve is part of one or more sub-units **114** and/or **116** of a valve assembly **120** for attachment to a no-spill drinking cup, or the cap thereof. In an alternative embodiment of the invention, the valve is an integral part of the cap or cover of the drinking cup. In a preferred version of this embodiment, the valve holder is molded to the cup cap or cover, or or the cover is molded with the valve inserted therein. In a further preferred version of this embodiment, only a single valve is used, this valve having a protruding member with an approximately seven (7) degree taper.

In one embodiment of the invention, two valves are provided, one on each side of the lid or cap of the cup. In this embodiment, the protruding member on the fast flow side has a taper of approximately seven (7) degrees, and the protruding member on the slow flow side has a taper of approximately nine (9) degrees. In a further preferred embodiment of the invention, a single valve is used, this valve having a protruding member with an approximately seven (7) degree taper.

In the various embodiments of the invention, it is further preferred that the valve holder be marked to indicate which subunit is suitable for higher flow, and which for lower flow of liquid therethrough. Accordingly, the valve holders can be explicitly marked "Fast" and "Slow" as shown in FIGS. **7** and **9**, respectively. Alternatively, or additionally, the subunits or the valve holders can be marked with a hare or rabbit, signifying fast flow, and a tortoise or turtle, signifying slow flow, as respectively also shown in FIGS. **7** and **9**. The subunit connected to the spout is, of course, the subunit which controls the liquid flow rate. The valve holder can be marked, for example, on the subunit itself, or on the bridge in an area directly adjacent to the subunit, as shown in the figures. In one embodiment, the valve holder is marked on the top and bottom (i.e. the sides facing the spout and the cup, respectively), such that the symbols and/or words can be seen from the top when the valve holder is being inserted, and from the bottom, once it has already been inserted, to determine which speed valve is in place in the spout. In an alternate embodiment, the words and/or symbols are only on the bottom of the valve, so that the user can see them from the bottom when inserting the valve holder, and can also view the valve holder from the bottom, once inserted.

Having described this invention with regard to specific embodiments, it is to be understood that the description is not meant as a limitation since further modifications may suggest themselves, or may be apparent to those in the art. It is intended that the present application cover all such modifications and improvements thereon.

**Exhibit D**

US 8,695,841 B2

13

14

I claim:

**1**. An apparatus, comprising:

(a) a no-spill drinking apparatus;

(b) said no-spill drinking apparatus comprising a cap, said cap further comprising a spout;

(c) said cap comprising a valve, said valve comprising a flexible material and an opening;

(d) said apparatus comprising a blocking element next to said opening;

(e) wherein said opening rests against said blocking element when the user is not drinking from said spout;

(f) wherein said flexible material moves when the user sucks through said spout to drink from said spout, causing said opening and said blocking element to separate; and,

(g) a barrier, said barrier blocking said flexible material from moving beyond a maximum distance after said flexible material moves when the user sucks through said spout to drink from said spout.

**2**. An apparatus as claimed in claim **1**, wherein said flexible material comprises a center area and sidewalls, and wherein said center area is of a greater thickness than said sidewalls.

**3**. An apparatus as claimed in claim **1**, wherein said cap further comprises an air vent.

**4**. An apparatus as claimed in claim **2**, wherein said cap further comprises an air vent.

**5**. An apparatus as claimed in claim **1**, wherein said opening is a hole.

**6**. An apparatus as claimed in claim **1**, wherein said apparatus further comprises a valve holder, said valve holder being separable from said cap and being dimensioned to fit snugly into said cap.

**7**. An apparatus as claimed in claim **1**, wherein said spout of said cap is soft, and wherein said cap further comprises a hard section for attachment to a cup.

**8**. An apparatus, comprising:

(a) a no-spill drinking apparatus;

(b) said no-spill drinking apparatus comprising a cap, said cap further comprising a spout;

(c) said cap comprising a valve, said valve comprising a flexible material and an opening;

(d) said apparatus comprising a blocking element next to said opening;

(e) wherein said valve comprises a closed position in which said opening rests against said blocking element when the user is not drinking from said spout;

(f) wherein said valve comprises an open position in which said flexible material moves when the user sucks through said spout to drink from said spout, causing said opening and said blocking element to separate;

(g) a barrier, said barrier blocking said flexible material from moving beyond a maximum distance after said flexible material moves when the user sucks through said spout to drink from said spout; and,

(h) a post, wherein the relative position of said post and said opening changes when the user sucks through said spout to drink from said spout;

(i) and wherein said post extends into and through said opening in said closed position and said open position of said valve.

**9**. An apparatus as claimed in claim **8**, wherein said flexible material comprises a center area and sidewalls, and wherein said center area is of a greater thickness than said sidewalls.

**10**. An apparatus as claimed in claim **8**, wherein said cap further comprises an air vent.

**11**. An apparatus as claimed in claim **9**, wherein said cap further comprises an air vent.

**12**. An apparatus as claimed in claim **8**, wherein said opening is a hole.

**13**. An apparatus as claimed in claim **8**, wherein said apparatus further comprises a valve holder, said valve holder being separable from said cap and being dimensioned to fit snugly into said cap.

**14**. An apparatus as claimed in claim **8**, wherein said spout of said cap is soft, and wherein said cap further comprises a hard section for attachment to a cup.

* * * * *